UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual, on behalf of herself and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>                                  Plaintiffs,<br><br>vs.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>                                 Defendants. | **Civil Action No. 1:11-cv-05149-NLH-KMW**<br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Plaintiff Maureen Stewart.

I certify that I am admitted to practice in this Court.

Dated this 26th day of September, 2011.

                                                              /s/ Evan A. Showell_____

                                                              **SKOLOFF & WOLFE, P.C.**
                                                               A PROFESSIONAL CORPORATION
                                                               293 Eisenhower Parkway
                                                                Livingston, N.J. 07039
                                                                (973) 992-0900
                                                                eshowell@skoloffwolfe.com
                                                                *Attorneys for Plaintiff Maureen Stewart*