UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual, and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 1:11-cv-05149 (NLH) (KMW) |

**DEFENDANTS JIM BEAM BRANDS CO.'S, AND BEAM GLOBAL
SPIRITS & WINE, LLC'S RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Beam Global Spirits & Wine LLC ("Beam Global"), formerly known as Beam Global Spirits & Wine, Inc., and Jim Beam Brands Co. ("Jim Beam"), hereby state that Jim Beam is a wholly owned subsidiary of Beam Global, and that Beam Global is a wholly owned subsidiary of Beam Inc.  No publicly held corporation owns more than 10% of Beam Inc.'s stock.


Dated:  November 14, 2011

/s/ Michael R. Carroll
John B. Kearney, Esq.
Michael R. Carroll, Esq.
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 761-3400

Attorneys for Defendant Beam Global Spirits & Wine LLC