

Evan A. Showell

SKOLOFF & WOLFE, P.C.    973.232.4023 *tel* ▪ 973.232.4024 *fax* ▪ eshowell@skoloffwolfe.com

December 7, 2011

<u>VIA ECF</u>

Hon. Noel L. Hillman, U.S.D.J.
Mitchell H. Cohen U.S. Cthse.
1 John F. Gerry Plaza, Room 6020
P.O. Box 2706
Camden, N.J. 08101

Re:  <u>Stewart, et al. v. Beam Global Spirits & Wine, Inc., et al.</u>
      Docket No. 1:11-cv-05149-NLH-KMW

Dear Judge Hillman:

Please be advised that Plaintiffs respectfully request entry of a two (2) week extension of
time to respond to Defendants' motion for judgment on the pleadings (docket no. 10), in
the above-referenced matter.  This request is made with the consent of counsel for
movant, Beam Global Spirits & Wine, LLC. In support of this request, Plaintiffs state the
following:

1.  An automatic extension has previously been obtained;

2.  With the Clerk's extension, Defendant Beam Global Spirits & Wine, LLC's motion
    for judgment on the pleadings was returnable on January 3, 2011 and Plaintiffs'
    opposition to the motion was due December 20, 2011; and

3.  With the Your Honor's extension, the new motion date will be January 17, 2012
    and Plaintiffs' time to respond will be extended to January 3, 2012.

We thank the Court for its courtesies in this matter.

Respectfully submitted,

*Evan A. Showell*

Evan A. Showell

cc:  Hon. Noel L. Hillman, U.S.D.J. *(via ECF)*
     Hon. Karen M. Williams, U.S.M.J. *(via ECF)*
     John B. Kearney, Esq. *(via ECF)*
     Donald I. Strauber, Esq. *(via ECF)*
     Laura D. Castner, Esq. *(via ECF)*