# Ballard Spahr LLP

210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Michael R. Carroll
Direct: 856.761.3452
Fax: 856.761.1020
carrollm@ballardspahr.com

December 19, 2011

**Via ECF**

The Honorable Karen M. Williams
U.S. Magistrate Judge
U.S. District Court, District of New Jersey
Mitchell H. Cohen U.S. Courthouse, Room 2040
1 John F. Gerry Plaza
P.O. Box 849
Camden, NJ 08102-2040

Re:   Stewart, et al. v. Beam Global Spirits & Wine, Inc., et al.
      C.A. No. 1:11-cv-05149

Dear Judge Williams:

This firm represents Defendants Beam Global Spirits & Wine LLC and Jim Beam Brands Co. in the above-referenced matter. This firm previously filed a Notice of Motion, currently returnable on January 3, 2012, for the admission *pro hac vice* of Donald I Strauber, Mary T. Yelenick and Garrett S. Kamen. Counsel for plaintiffs has informed us that he consents to the motion and, accordingly, enclosed is a proposed order granting the motion and noting the parties' consent.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Michael R. Carroll*

Michael R. Carroll

MRC/cdg
Enclosure

cc:   Counsel of Record

DMEAST #14377963 v1

A PA Limited Liability Partnership | Steven W. Suflas, Managing Partner

Atlanta | Baltimore | Bethesda | Denver | Las Vegas | Los Angeles | New Jersey | Philadelphia | Phoenix | Salt Lake City | San Diego
Washington, DC | Wilmington | www.ballardspahr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MAUREEN STEWART, an individual, on behalf of herself and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>Plaintiffss,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>Defendants. | CIVIL ACTION NO. 1:11-cv-05149-(NLH-KM) |

## ORDER GRANTING PRO HAC VICE APPLICATIONS OF DONALD I STRAUBER, MARY T. YELENICK AND GARRETT S. KAMEN PURSUANT TO L. CIV. R. 101.1

This matter having come before the Court upon the application of Defendants Beam Global Spirits & Wine LLC and Jim Beam Brands Co. (collectively, "Beam defendants"), through its counsel, John B. Kearney, Esquire of Ballard Spahr LLP, for an Order granting the Applications of Donald I Strauber, Esquire, Mary T. Yelenick, Esquire and Garrett S. Kamen, Esquire for *pro hac vice* admission; and counsel for plaintiffs having consented to same; and for good cause shown;

**IT IS THIS** _____ day of _____, 2012 **ORDERED** that Beam Defendants' application for an Order admitting Donald I Strauber, Mary T. Yelenick and Garrett S. Kamen is **GRANTED**.

_____
Karen M. Williams, U.S.M.J.

We hereby consent to the form and entry of this Order:

Ballard Spahr LLP
Attorneys for Beam Defendants

BY: /s/Michael R. Carroll
Michael R. Carroll, Esquire


Skoloff & Wolfe, P.C.
Attorneys for Plaintiffs

BY: /s/ Evan A. Showell, *with permission*
Evan A. Showell, Esquire