**GREENBERG TAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey 07932-0677
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
David E. Sellinger
Aaron Van Nostrand
*Attorneys for Defendants*
*SGC Global, LLC and Skinny Girl Cocktails, LLC*



RECEIVED

DEC 2 3 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive, <br><br> Plaintiffs, <br><br> v. <br><br> BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive, <br><br> Defendants. | Civil Action No. 11-5149 (NLH)(KMW) <br><br> **STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendants, SGC Global, L.L.C., and Skinny Girl Cocktails, L.L.C. to answer, move against or otherwise respond to the Amended Complaint is hereby extended from December 27, 2011 to January 16, 2012.

GREENBERG TRAURIG, LLP  
200 Park Avenue  
(973) 360-7900  
*Attorneys for Defendants*  
*SGC Global, L.L.C. and*  
*Skinny Girl Cocktails, L.L.C.*

SKOLOFF & WOLFE, P.C.  
293 Eisenhower Parkway  
Livingston, New Jersey 07039  
(973) 992-0900  
*Attorneys for Plaintiffs*  
*Maureen Steward and Kelly Lamicella*

/s/ David E. Sellinger  
David E. Sellinger

/s/ Evan A. Showell  
Evan A. Showell

SO ORDERED: ___Noel L. Hillman___, U.S.D.J.

Dated: December 23, 2011

Page 2