GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Ph:  (973) 360-7900
*Attorneys for Defendants*
*Skinny Girl Cocktails, LLC*
*and SGC Global, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No. 11-5149 (NLH)(KMW) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendants Skinny Girl Cocktails, LLC and SGC Global, LLC.

                 _s/Aaron Van Nostrand_____
                 Aaron Van Nostrand (AV0072)
                 GREENBERG TRAURIG, LLP
                 200 Park Avenue
                 Florham Park, New Jersey 07932
                 (973) 360-7900
                 *Attorneys for Defendants*
                 *Skinny Girl Cocktails, LLC*
                 *and SGC Global, LLC*

Dated: December 27, 2011