# Ballard Spahr LLP

210 Lake Drive East, Suite 200  
Cherry Hill, NJ 08002-1163  
TEL 856.761.3400  
FAX 856.761.1020  
www.ballardspahr.com

Michael R. Carroll  
Direct: 856.761.3452  
Fax: 856.761.1020  
carrollm@ballardspahr.com

December 30, 2011

**Via ECF**

The Honorable Karen M. Williams  
U.S. Magistrate Judge  
U.S. District Court, District of New Jersey  
Mitchell H. Cohen U.S. Courthouse, Room 2040  
1 John F. Gerry Plaza  
P.O. Box 849  
Camden, NJ  08102-2040

Re:   Stewart, et al. v. Beam Global Spirits & Wine, Inc., et al.  
      C.A. No. 1:11-cv-05149

Dear Judge Williams:

This firm represents Defendants Beam Global Spirits & Wine LLC and Jim Beam Brands Co. in the above-referenced matter.  In accordance with Your Honor's December 23, 2011 Text Order, enclosed are Certificates of Good Standing in support of the admission *pro hac vice* of Donald I Strauber, Mary T. Yelenick and Garrett S. Kamen.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Michael R. Carroll

Michael R. Carroll

Enclosures

cc:    Counsel of Record

DMEAST #14413607 v1

A PA Limited Liability Partnership  |  Steven W. Suflas, Managing Partner

Atlanta  |  Baltimore  |  Bethesda  |  Denver  |  Las Vegas  |  Los Angeles  |  New Jersey  |  Philadelphia  |  Phoenix  |  Salt Lake City  |  San Diego  
Washington, DC  |  Wilmington  |  www.ballardspahr.com



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Donald J. Strauber** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 29th day of March 1961, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on December 29, 2011.

Aprilanne Agostino

Clerk of the Court



# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

I, **Aprilanne Agostino,** Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Mary T. Yelenick** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **27 th** day of **January 1982,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on December 29, 2011.

Clerk of the Court

Appellate Division of the Supreme Court
of the State of New York
First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# GARRETT SCOTT KAMEN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on February 2, 2009, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

December 29, 2011

Clerk of the Court

7068