

SKOLOFF & WOLFE, P.C.

Evan A. Showell

973.232.4023 *tel* ■ 973.232.4024 *fax* ■ eshowell@skoloffwolfe.com

January 3, 2012

**VIA ECF**

Hon. Noel L. Hillman, U.S.D.J.
Mitchell H. Cohen U.S. Cthse.
1 John F. Gerry Plaza, Room 6020
P.O. Box 2706
Camden, N.J. 08101

Re:  Stewart, et al. v. Beam Global Spirits & Wine, Inc., et al.
     Docket No. 1:11-cv-05149-NLH-KMW

Dear Judge Hillman:

We represent the Plaintiffs in the above-referenced matter. Please be advised that counsel for Defendants Beam Global Spirits & Wine, Inc. ("Beam Global Defendants") has consented to an additional brief extension of the briefing deadline for Plaintiffs' opposition to the Beam Global Defendants' Fed. R. Civ. P. 12(c) Motion for Judgment on the Pleadings from January 3, 2012 to January 10, 2012.

Chambers has suggested that the Beam Global Defendants' Reply would, correspondingly, be due on January 17th and that the return date of the motion will remain January 17th.

We thank the Court for its courtesies in this matter.

Respectfully submitted,

*Evan A. Showell*

Evan A. Showell

cc:  Hon. Karen M. Williams, U.S.M.J. *(via ECF)*
     John B. Kearney, Esq. *(via ECF)*
     Donald I. Strauber, Esq. *(via ECF)*
     Laura D. Castner, Esq. *(via ECF)*
     David Sellinger, Esq. *(via ECF)*