[Doc. No. 13]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual, on behalf of herself and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>                Plaintiffs,<br><br>   v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>                Defendants. | Civil No. 11-5149-NLH-KMW<br><br>**ORDER** |

      This matter having been brought before the Court by John B. Kearney, Esquire, of Ballard Spahr LLP, counsel for Defendant, Beam Global Spirits & Wine, for an Order allowing Garrett S. Kamen, Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to Local Rule 101.1(c), United States District Court for the District of New Jersey;

    IT IS this 3rd day of January, 2012 hereby

   **ORDERED** that Garrett S. Kamen, Esquire, a member of the Bar

1

of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by John B. Kearney, Esquire, or another attorney associated with Ballard Spahr LLP, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(2), Garrett S. Kamen, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-8, which form can be found at njcourtsonline.com; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(3), Garrett S. Kamen, Esquire, shall make a payment of $150.00, payable to the Clerk, United States District Court; and it is further

2

**ORDERED** that Garrett S. Kamen, Esquire, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(4), Garrett S. Kamen, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

<u>s/ Karen M. Williams</u>

KAREN M. WILLIAMS
United States Magistrate Judge

cc:  Hon. Noel L. Hillman

3