KINSELLA WEITZMAN ISER KUMP
& ALDISERT LLP
800 Wilshire Boulevard - 3rd Floor
Santa Monica, California 90401
(310) 566-9800 (phone)
(310)-566-9850 (fax)
*Attorneys for Defendant*
*Bethenny Frankel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No. 11-5149 (NLH)(KMW)<br><br>RECEIVED<br>JAN 10 2012<br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Bethenny Frankel.

*/s/ Laura Castner*
Laura D. Castner (LC 6689)

KINSELLA WEITZMAN ISER KUMP
& ALDISERT LLP
800 Wilshire Boulevard - 3rd Floor
Santa Monica, California 90401
(310) 566-9800 (main phone)
(310) 566-9850 (main fax)
Lcastner@kwikalaw.com
*Attorneys for Defendant*
*Bethenny Frankel*

Dated: January 9, 2012

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On January 9, 2012, I served the following document(s) described as NOTICE OF APPEARANCE on the interested parties in this action as follows:

| | |
|---|---|
| Evan A. Showell<br>SKOLOFF & WOLFE, P.C.<br>293 Eisenhower Parkway<br>Livingston, NJ 07039<br>Tele: 973-992-0900<br>Attorneys for Plaintiffs | David E. Sellinger<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>Florham Park, NJ 07932<br>Tele: 973-360-7900<br>Attorneys for Defendants SGC Global, L.L.C. and Skinny Girl Cocktails, L.L.C. |
| John B. Kearney<br>BALLARD SPAHR LLP<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002<br>Tele: 856-761-3400<br>Attorneys for Defendant Beam Global Spirits & Wine LLC | Donald I. Strauber<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br><br>Of Counsel to Defendant Beam Global Spirits & Wine LLC |

☒ BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert's practice for collecting and processing correspondence for mailing. On the same day the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope, postage fully prepaid.

☐ BY E-MAIL OR ELECTRONIC TRANSMISSION: I caused the document(s) to be sent from e mail address lthompson@kwikalaw.com to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 9, 2012, at Santa Monica, California.

_Lynne Thompson_
Lynne Thompson

10619.00006/96921.1