

Evan A. Showell

973.232.4023 *tel* ■ 973.232.4024 *fax* ■ eshowell@skoloffwolfe.com

January 11, 2012

<u>VIA ECF</u>

Hon. Noel L. Hillman, U.S.D.J.
Mitchell H. Cohen U.S. Cthse.
1 John F. Gerry Plaza, Room 6020
P.O. Box 2706
Camden, N.J. 08101

Re:  <u>Stewart, et al. v. Beam Global Spirits & Wine, Inc., et al.</u>
     Docket No. 1:11-cv-05149-NLH-KMW

Dear Judge Hillman:

We represent the Plaintiffs in the above-referenced matter.  Due to an inadvertent oversight, Plaintiffs' Memorandum of Law in Opposition to the Beam Global Defendants' Rule12(c) Motion for Judgment on the Pleadings did not contain a request for oral argument pursuant to Local Civil Rule 78.1(b).  Because the Beam Global Defendants' motion implicates at least one matter of first impression under New Jersey law, Plaintiffs hereby request oral argument on the Beam Global Defendants' motion.

We thank the Court for its courtesies in this matter.

Respectfully submitted,

*/s/ Evan A. Showell*
Evan A. Showell

cc: Hon. Karen M. Williams, U.S.M.J. *(via ECF)*
    John B. Kearney, Esq. *(via ECF)*
    Donald I. Strauber, Esq. *(via ECF)*
    Laura D. Castner, Esq. *(via ECF)*
    David Sellinger, Esq. *(via ECF)*