**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey 07932-0677
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
David E. Sellinger
Aaron Van Nostrand
*Attorneys for Defendants*
*SGC Global, LLC, Skinny Girl Cocktails, LLC*
*and Bethenny Frankel*

**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**
808 Wilshire Boulevard, Third Floor
Santa Monica, CA 90401
Telephone: (310) 566-9800
Facsimile: (310) 566-9850
Howard Weitzman
Laura D. Castner
*Attorneys for Defendant Bethenny Frankel*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No. 11-5149 (NLH)(KMW)<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant Bethenny Frankel to answer, move against or otherwise

10619.00006/96622.1

respond to the Amended Class Action Complaint is hereby extended from January 6, 2012 to January 20, 2012.

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>Florham Park, New Jersey 07932<br>(973) 360-7900<br>*Attorneys for Defendants*<br>*SGC Global, L.L.C. ,*<br>*Skinny Girl Cocktails, L.L.C.*<br>*& Bethenny Frankel* | SKOLOFF & WOLFE, P.C.<br>293 Eisenhower Parkway<br>Livingston, New Jersey 07039<br>(973) 992-0900<br>*Attorneys for Plaintiffs*<br>*Maureen Stewart and Kelly Lamicella* |
| /s/ David E. Sellinger<br>David E. Sellinger | /s/ Evan A. Showell<br>Evan A. Showell |

Howard Weitzman
Laura D. Castner
KINSELLA WEITZMAN ISER KUMP
 & ALDISERT LLP
800 Wilshire Boulevard - 3rd Floor
Santa Monica, California 90401
(310) 566-9800
*Attorneys for Defendant*
*Bethenny Frankel*

SO ORDERED: __Noel L. Hillman__, U.S.D.J.

Dated: January 13, 2012