**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey 07932-0677
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
David E. Sellinger
Aaron Van Nostrand
*Attorneys for Defendants*
*SGC Global, LLC, Skinny Girl Cocktails, LLC*
*and Bethenny Frankel*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No. 11-5149 (NLH)(KMW)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendants SGC Global, L.L.C., and Skinny Girl Cocktails, L.L.C. to answer, move against or otherwise respond to the Amended Complaint is hereby extended from January 16, 2012 to January 20, 2012.

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>(973) 360-7900<br>*Attorneys for Defendants*<br>*SGC Global, L.L.C.*<br>*Skinny Girl Cocktails, L.L.C. and*<br>*Bethenny Frankel* | SKOLOFF & WOLFE, P.C.<br>293 Eisenhower Parkway<br>Livingston, New Jersey 07039<br>(973) 992-0900<br>*Attorneys for Plaintiffs*<br>*Maureen Stewart and Kelly Lamicella* |
| */s/ David E. Sellinger*<br>David E. Sellinger | */s/ Evan A. Showell*<br>Evan A. Showell |

SO ORDERED: ___Noel L. Hillman___, U.S.D.J.

Dated: January 13, 2012

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MUHSIN H. ABDUR-RAHIIM, | : HONORABLE NOEL L. HILLMAN |
| Plaintiff, | : |
| v. | : Civil Action No. 09-1098 (NLH)(KMW) |
| LIMBERKAR, PA, in his individual capacity at FCI Fairton, AND MORALES, DC, in his individual capacity as the Doctor at FCI Fairton, | : STIPULATION OF DISMISSAL : WITH PREJUDICE |
| Defendants. | : |

THIS MATTER in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be dismissed against Defendant United States of America (substituted for Defendants Limberkar, PA and Morales, DC as the proper party defendant), with prejudice, and without costs against either party.

COZEN & O'CONNOR, P.C.

By: THOMAS MCKAY, III, ESQUIRE
Appointed Pro Bono Counsel for
Plaintiff Muhsin H. Abdur-Rahiim

Date: November 28, 2011

PAUL J. FISHMAN
United States Attorney

By: ELIZABETH A. PASCAL
Assistant U.S. Attorney
Attorneys for Defendant
United States of America on
behalf of all Defendants

Date: November 30, 2011

January 13, 2012
Date

Noel L. Hillman, U.S.D.J.