GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Ph:  (973) 360-7900
*Attorneys for Defendants*
*Skinny Girl Cocktails, LLC*
*and SGC Global, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No. 11-5149 (NLH)(KMW) |

## <u>NOTICE OF MOTION TO DISMISS</u>

**PLEASE TAKE NOTICE** that, on February 21, 2012, defendants Skinny Girl Cocktails, LLC and SGC Global, LLC (collectively "SGC") shall move before the Honorable Noel L. Hillman, U.S.D.J., United States District Court for the District of New Jersey, Camden, New Jersey, for an order dismissing the Amended Class-Action Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, SGC will rely upon the Memorandum of Law and Certification of David E. Sellinger, Esq. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 78.1(b), SGC requests oral argument on this motion.

**GREENBERG TRAURIG LLP**

  /s/ David E. Sellinger
David E. Sellinger
Aaron Van Nostrand
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey 07932-0677
Telephone:  (973) 360-7900
Facsimile:  (973) 301-8410
sellingerd@gtlaw.com
vannostranda@gtlaw.com
*Attorneys for Defendants*
*Skinny Girl Cocktails, LLC*
*and SGC Global, LLC*

Dated: January 20, 2012