GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Ph: (973) 360-7900
*Attorneys for Defendants*
*Skinny Girl Cocktails, LLC*
*and SGC Global, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No. 11-5149 (NLH)(KMW)<br><br><br>**ORDER** |

THIS MATTER having been brought before the Court upon the motion of Greenberg Traurig, LLP, counsel for defendants Skinny Girl Cocktails, LLC and Global, LLC (collectively "SGC"), seeking an order dismissing with prejudice the Amended Class-Action Complaint in its entirety as to SGC pursuant to Fed. R. Civ. P. 12(b)(6); and the Court having considered the pleadings and other papers on file, the argument of counsel, and for good cause shown;

IT IS on this _____ day of _____ 2012, ORDERED that:

1. SGC's motion is granted.

2. Plaintiff's Amended Class-Action Complaint is hereby dismissed against SGC with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

_____
NOEL L. HILLMAN, U.S.D.J.