UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No. 11-5149 (NLH)(KMW)<br><br>**ORDER** |

THIS MATTER having come before the Court upon the Motion filed by defendant Bethenny Frankel to dismiss the First, Third and Fourth Causes of Action of Plaintiffs' Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and the Court having considered the arguments in support of the Motion, as well as any arguments in opposition thereto, and for good cause shown,

IT IS THIS _____ day of _____, 2012, hereby

ORDERED that Ms. Frankel's Motion to Dismiss the First, Third and Fourth Causes of Action of Plaintiffs' Amended Class Action Complaint is GRANTED; and it is further

10619.00006/98404.1

ORDERED that the First, Third and Fourth Causes of Action of Plaintiffs' Amended Class Action Complaint are hereby DISMISSED WITH PREJUDICE.

                                              HON. NOEL L. HILLMAN, U.S.D.J.