UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual, and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No. 1:11-cv-05149 (NLH) (KMW)<br><br><br>**STIPULATION AND ORDER** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Plaintiffs Maureen Stewart and Kelly Lamicella to respond to Defendants Skinny Girl Cocktails, LLC, SGC Global, LLC and Bethenny Frankel's Motions to Dismiss is hereby extended from February 7, 2012 to March 15, 2012 and the time for Defendants' replies shall be extended until April 10, 2012.

| | |
|---|---|
| SKOLOFF & WOLFE, P.C.<br>293 Eisenhower Parkway<br>Livingston, New Jersey 07039<br>(973) 992-0900<br>*Attorneys for Plaintiffs Maureen Stewart and Kelly Lamicella* | GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>Florham Park, New Jersey 07932<br>(973) 360-7900<br>*Attorneys for Defendants Skinny Girl Cocktails, L.L.C., SGC Global, L.L.C. and Bethenny Frankel* |
|   */s/ Evan A. Showell*<br>Evan A. Showell |   */s/ David E. Sellinger*<br>David E. Sellinger |

SO ORDERED:

_____
Hon. Noel L. Hillman, U.S.D.J.