UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAUREEN STEWART, an individual, and
KELLY LAMICELLA, an individual, on
behalf of themselves and all others similarly
situated, and ROES 1 through 100, inclusive,
                                          Plaintiffs,

           -against-

BEAM GLOBAL SPIRITS & WINE, INC., a
corporation; BETHENNY FRANKEL, and
DOES 1 through 100, inclusive,
                                          Defendants.

Civil Action No. 1:11-cv-05149 (NLH) (KMW)

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Donald I Strauber

Address: CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369

e-Mail: dstrauber@chadbourne.com
(one email address only)

Instructions for **LOCAL COUNSEL** for filing:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.

DNJ-CMECF-002