## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual, and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Civil Action No. 1:11-cv-05149 (NLH) (KMW)**<br><br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Plaintiffs Maureen Stewart and Kelly Lamicella to respond to Defendants Skinny Girl Cocktails, LLC, SGC Global, LLC and Bethenny Frankel's Motions to Dismiss is hereby extended from March 15, 2012 to April 6, 2012 and the time for Defendants' replies shall be extended until May 4, 2012.


SKOLOFF & WOLFE, P.C.  
293 Eisenhower Parkway  
Livingston, New Jersey 07039  
(973) 992-0900  
*Attorneys for Plaintiffs Maureen Stewart and Kelly Lamicella*

  /s/ Evan A. Showell                      
Evan A. Showell

GREENBERG TRAURIG, LLP  
200 Park Avenue  
Florham Park, New Jersey 07932  
(973) 360-7900  
*Attorneys for Defendants Skinny Girl Cocktails, L.L.C., SGC Global, L.L.C. and Bethenny Frankel*

  /s/ David E. Sellinger                      
David E. Sellinger

                KINSELLA WEITZMAN ISER KUMP
                & ALDISERT, LLP
                808 Wilshire Boulevard, 3rd Floor
                Santa Monica, CA  90401
                (310) 566-9841
                *Attorneys for Defendants Skinny Girl*
                *Cocktails, L.L.C., SGC Global, L.L.C.*
                *and Bethenny Frankel*

                 */s/ Laura D. Castner*
                Laura D. Castner


                   SO ORDERED:


                   _____
                   Hon. Noel L. Hillman, U.S.D.J.

Dated: March ____, 2012