UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual, and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>                                     Plaintiffs,<br><br>vs.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>                                     Defendants. | Civil Action No. 1:11-cv-05149-NLH-KMW<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Plaintiffs Maureen Stewart and Kelly Lamicella.

I certify that I am admitted to practice in this Court.

Dated this 5th day of April, 2012.

/s/ Barbara A. Schweiger

**SKOLOFF & WOLFE, P.C**.
A PROFESSIONAL CORPORATION
293 Eisenhower Parkway
Livingston, N.J. 07039
(973) 992-0900
bschweiger@skoloffwolfe.com
*Attorneys for Plaintiffs Maureen Stewart and Kelly Lamicella*