

Evan A. Showell

973.232.4023 *tel* ▪ 973.232.4024 *fax* ▪ eshowell@skoloffwolfe.com

May 1, 2012

<u>VIA ECF</u>

Hon. Karen M. Williams
United States Magistrate Judge
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, N.J. 08101

Re:   <u>Stewart v. Beam Global Wine & Spirits, et al.,</u>
      Case No.: 1:11-cv-05149 (NLH)(KMW)

Dear Magistrate Judge Williams:

We represent Plaintiffs in the above-captioned action.

I write, with the consent of all defense counsel, to request that the telephonic status conference scheduled to be conducted tomorrow, Wednesday, May 2nd at 2:00 p.m. be adjourned one week to Wednesday, May 9th at a time convenient to the Court.

I make the request because, David Wolfe, lead counsel for Plaintiffs, will be traveling out of state and unavailable to participate on tomorrow's call.

I thank the Court for its consideration and apologize for the late nature of my request, but I only learned of Mr. Wolfe's unavailability late this morning.

Respectfully submitted,

*/s/ Evan A. Showell*
Evan A. Showell

cc via ECF only:
All counsel of record registered to receive ECF notification