

Evan A. Showell
973.232.4023 *tel* ■ 973.232.4024 *fax* ■ eshowell@skoloffwolfe.com

May 4, 2012

**VIA ECF**

Hon. Karen M. Williams
United States Magistrate Judge
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, N.J. 08101

Re: Stewart v. Beam Global Wine & Spirits, et al.,
    Case No.: 1:11-cv-05149 (NLH)(KMW)

Dear Magistrate Judge Williams:

We represent Plaintiffs in the above-captioned action. I write to request a one week extension of the deadline for Plaintiffs to file an amended complaint from May 4, 2012 to May 11, 2012.

This firm has recently identified an additional class representative plaintiff. We have transmitted a retainer letter to her and are awaiting return of an executed copy, but the proposed new plaintiff is presently traveling and we have been unable to communicate with her regarding return of an executed retainer letter.

A draft of the proposed amended complaint has already been prepared and can be circulated for defendants' review and possible consent to its filing, or a formal motion to amend will be filed immediately upon our receipt of a signed retainer letter.

Defense counsel consents to the requested extension.

Plaintiffs have not previously requested the relief sought herein.

Respectfully submitted,

*/s/ Evan A. Showell*
Evan A. Showell

cc via ECF only:
All counsel of record registered to receive ECF notification