UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual, and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; JIM BEAM BRANDS, CO.; SKINNY GIRL COCKTAILS, LLC; SGC GLOBAL, LLC; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 1:11-cv-05149 (NLH) (KMW)<br><br>**NOTICE OF MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT PURSUANT TO <u>FED. R. CIV. P. 15(A)</u>** |

**TO:  COUNSEL ON ATTACHED SERVICE LIST VIA ECF**

**PLEASE TAKE NOTICE** that on July 2, 2012, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiffs Maureen Stewart and Kelly Lamicella, will move before the Honorable Noel L. Hillman, U.S.D.J., at the Mitchell H. Cohen United States Courthouse, Room 6020, 1 John F. Gerry Plaza, Camden, New Jersey, for an order permitting Plaintiffs' to file and serve a Second Amended Complaint in the form annexed hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the movants will rely upon the accompanying Memorandum, proposed Second Amended Complaint, and papers previously filed in this matter. A proposed form of Order is submitted herewith.

Oral argument is not requested unless the motion is opposed.

Dated: June 4, 2012                                    **SKOLOFF & WOLFE, P.C.**

                                                      By:    s/ *David B. Wolfe*

                                                             David B. Wolfe, Esq.
                                                             Jonathan W. Wolfe, Esq.
                                                             Barbara A. Schweiger, Esq.
                                                             Evan A. Showell, Esq.
                                                             293 Eisenhower Parkway
                                                             Livingston, New Jersey 07039
                                                             *Attorneys for Plaintiffs Maureen*
                                                             *Stewart and Kelly Lamicella*