## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual, and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>                                  Plaintiffs,<br><br>vs.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; JIM BEAM BRANDS, CO.; SKINNY GIRL COCKTAILS, LLC; SGC GLOBAL, LLC; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>                                  Defendants. | **Civil Action No. 1:11-cv-05149 (NLH) (KMW)**<br><br><br><br><br><br>**ORDER** |

**THIS MATTER** having been opened to the Court upon the motion of Skoloff & Wolfe, P.C., attorneys for Plaintiffs, Maureen Stewart, and Kelly Lamicella, ("Plaintiffs"), for an order granting Plaintiffs leave to amend their First Amended Complaint; and the Court having considered the papers filed for and against Plaintiffs' motion; and having heard the arguments of counsel, if any; and for good cause having been shown:

IT IS ON THIS _____ day of July 2012,

**ORDERED** that Plaintiffs' motion for leave to amend their Second Amended Complaint is **hereby GRANTED** in its entirety; and it is

**FURTHER ORDERED that** Plaintiffs shall file their Second Amended Complaint in the form annexed as Exhibit A to their Notice of Motion on ECF within 3 business days of the date of entry of this Order.

_____
Honorable Noel L. Hillman, U.S.D.J.