# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual, and KELLY LAMICELLA, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No. 1:11-cv-05149 (NLH) (KMW)<br><br>**STIPULATION AND ORDER** |

This stipulation is made by and among Plaintiffs Maureen Stewart and Kelly Lamicella and Defendants Skinny Girl Cocktails, L.L.C., SGC Global, L.L.C., Bethenny Frankel, Beam Global Spirits & Wine L.L.C. (f/k/a Beam Global Spirits & Wine, Inc.), and Jim Beam Brands Co., by and through their respective counsel:

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.  Plaintiffs Maureen Stewart and Kelly Lamicella may file a Second Amended Class Action Complaint in the form annexed to their June 4, 2012 Notice of Motion as Exhibit A.

2.  Defendants shall have fourteen days from the date this Stipulation and Order is granted to answer or otherwise respond to the Second Amended Class Action Complaint in the form annexed to Plaintiffs' June 4, 2012 Notice of Motion as Exhibit A.

| | |
|---|---|
| SKOLOFF & WOLFE, P.C.<br>293 Eisenhower Parkway<br>Livingston, New Jersey 07039<br>(973) 992-0900<br>*Attorneys for Plaintiffs Maureen Stewart and Kelly Lamicella* | GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>Florham Park, New Jersey 07932<br>(973) 360-7900<br>*Attorneys for Defendants Skinny Girl Cocktails, L.L.C., SGC Global, L.L.C. and Bethenny Frankel* |
|  */s/ David B. Wolfe*<br>David B. Wolfe |  */s/ David E. Sellinger*<br>David E. Sellinger |
| BALLARD SPAHR LLP<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002<br>(856) 761-3482<br><br>and<br><br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-5205<br><br>*Attorneys for Defendants Beam Global Spirits & Wine LLC and Jim Beam Brands Co.* | KINSELLA WEITZMAN ISER KUMP & ALDISERT, LLP<br>808 Wilshire Boulevard, 3rd Floor<br>Santa Monica, CA 90401<br>(310) 566-9841<br>*Attorneys for Defendant Bethenny Frankel* |
| |  */s/ Laura D. Castner*<br>Laura D. Castner |
|  */s/ John B. Kearney*<br>John B. Kearney | |

SO ORDERED:

_____
Hon. Noel L. Hillman, U.S.D.J.

Dated: June \_\_\_\_, 2012