IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MAUREEN STEWART, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., et al.,<br><br>        Defendants. | Civil No. 11-5149-NLH-KMW |

## AMENDED SCHEDULING ORDER

      This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **June 22, 2012**; and the Court noting the following appearances: Evan A. Showell, Esquire and David B. Wolfe, Esquire, appearing on behalf of the plaintiffs; John B. Kearney, Esquire, Mary Yelenick, Esquire, and Garrett Kamen, Esquire, appearing on behalf of the defendants, Beam Global Spirits & Wine, Inc. and Jim Bean Brands Co.; David Sellinger, Esquire, appearing on behalf of defendants Bethenny Frankel, Skinny Girl Cocktails, L.L.C. and SGC Global, L.L.C.; and Laura Castner, Esquire, appearing on behalf of defendant Bethenny Frankel;

      IT IS this **22nd** day of **June, 2012,** hereby **ORDERED:**

      1.   On or before **June 25, 2012,** Defendants shall provide Plaintiffs with "highly confidential" designated documents for Attorneys' Eyes Only.

      2.   Defendants are hereby directed to produce documents not subject to the Discovery Confidentiality Order as soon as possible.

      3.   The Court will conduct a telephone status conference on **July 6, 2012 at 10:00 a.m**. to address finalization of the protective order and to make any necessary adjustments to the schedule.  Counsel for plaintiffs shall initiate the telephone call.

      4.   Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned

and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under F̲ED̲. R. C̲IV̲. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F̲ED̲. R. C̲IV̲. P. 16(f).**

                                       s/ Karen M. Williams
                                       KAREN M. WILLIAMS
                                       United States Magistrate Judge

cc:   Hon. Noel L. Hillman