**HOT NOW:** Demi Moore Reveals New Twitter Name 

VIDEOS | NEWS | PHOTOS | STYLE | TV | MOVIES | DISH OF SALT



# Access Exclusive: Bethenny Frankel Responds To Skinnygirl Cocktail's Removal From Whole Foods

First Published: September 1, 2011 3:34 PM EDT                Credit: Getty Premium



LOS ANGELES, CALIF. -- Bethenny Frankel's wildly popular Skinnygirl cocktail line has been removed from Whole Foods, but the Bravo star isn't fretting over it.

"Skinnygirl cocktails were created to solve a problem: to create a line of guilt free cocktails allowing women to drink the indulgent drinks they actually want to drink with as few ingredients as possible," Bethenny said in a statement to Access Hollywood.

"I'm not making wheatgrass here. If I could put an agave plant and some limes on a shelf I would. [The Skinnygirl Margarita] is as close to nature as possible, while still being a shelf stable product," her statement continued.









Case 1:11-cv-05149-NLH-KMW   Document 70-3   Filed 06/29/12   Page 2 of 3 PageID: 499

([CLICK HERE to see Bethenny and her adorable daughter Bryn & More Hollywood Moms!](#))

Earlier on Thursday, Whole Foods told Access in a statement, "This product had been offered in 16 of Whole Foods Market's 310 stores. After discovering that it contains a preservative that does not meet our quality standards, we have had to stop selling it."

Bethenny, who recently sold her diet-friendly cocktail empire for a reported $120 million, appears to be unfazed by the removal from the popular grocery chain.

"With all due respect to Whole Foods, we were in a dozen of their stores and have decided not to continue in these stores. They represent an infinitesimal fraction of our business. We are, in fact, the fastest growing spirits brand in the US," her statement continued. "We were bound to piss someone off and everyone loves to try to tear down a success. This is a non-event. I haven't lost even a wink of sleep."

([CLICK HERE to see reality stars in their swimsuits!](#))

*Copyright 2012 by NBC Universal, Inc. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*








[                                                      ] [ search ]

Login to Post Your Comment:   Connect with Facebook

My Access

## COMMENTS



### Jon Link
Wrote at September 3rd 2011 5:30pm

I run a high volume wine and spirits store in NY. I've tasted through the entire line of Skinny Girl products with sheer and utter disappointment. The Margarita tastes very diety and bitter, the Sangria looks and tastes like a urine specimen. I've been SO disappointed, I will be not bringing in ANY new products released from this brand. And, after learning that the Skinny Girl margarita is Carcinogenic, I will be discontinuing that product as well.



### Dana Russo
Wrote at September 2nd 2011 11:10pm

Roxanne - I purchase sprouted bread at the grocery store, in the organic freezer section. It does not contain preservatives, you just stick it in the freezer. Sure, you may think it's not as convenient as regular, unfrozen bread but when we want to use it for sandwiches, we just throw it in the toaster oven. Problem solved, and we don't have to "go back 100 years." Personally, I think it is misleading and a shame that a company would post that it contains no preservatives when there are preservatives present. Many people may not care about non-food items being in their food (and really, why wouldn't you care? You're EATING it), but I sure do.



### Linda Quinones Jackson
Wrote at September 1st 2011 9:15pm

I really think Whole Foods is making a big mistake. I Love Skinnygirl Margarita and Whole Foods. It woulld have been convenient to pick up my Skinnygirl while I food shop. It's no biggie. Bethenny is great and this will not hurt her at all! Cheers Bethenny!!!!! :-D

Case 1:11-cv-05149-NLH-KMW   Document 70-3   Filed 06/29/12   Page 3 of 3 PageID: 500



**Roxanne Muchko** What in the heck is going on with Whole Foods? I know they are all about organic foods. So WHY in the first place would they shelf an alcoholic drink of any sort? I don't think ANY kind of alcohol product is NATURAL or GOOD for you. And Whole Foods don't allow any products in their stores with any preservatives in them. That is ridiculous! With that line of thinking we would have to go to the market everyday to get fresh food including bread. That would put us back about 100 or more years..ridiculous!

Wrote at September 1st 2011 7:11pm



**Jennifer Kaplan**   Wrote at September 1st 2011 4:23pm

As one of the bloggers who broke this story at EatDrinkBetter.com (http://t.co/Ob2wGq1), although Bethenny may not care about her false 'all natural' claims, the FTC may have something to say about it. Also, if she doesn't think her fans care that her cocktails contain an ingredient known to cause cell damage and a host of other ailments, she may also be wrong about that. Jennifer Kaplan, EatDrinkBetter.com

---

**Also Check Out:**

    

**'American Idol'**
Joshua Ledet impresses the judges. But who said he was one of the best singers in the last '50 years'?

**XOXO: Young Hollywood**
Josh Hutcherson made headlines last week when he revealed he had a large anchor tattoo on his torso – and the young star says the nautical-themed ink is just the beginning!

**Jaleel White's 'Dancing' Blog!**
In his latest post for Access, Jaleel White had a blasting going "mano a mano" with Team paso doble.

**'Hunger Games'**
The Josh Hutcherson says he'll miss director Gary Ross.

**Urban Access**
Will Smith dishes on fatherhood — are boys easier to raise?

About    Contact    Independent Programming Info    Privacy Policy    Terms & Conditions    Newsletter

Copyright© 2012 by NBC Universal, Inc. All Rights Reserved.
This material may not be republished, broadcast, rewritten or redistributed.