Case 1:11-cv-05149-NLH-KMW   Document 70-4   Filed 06/29/12   Page 1 of 4 PageID: 501

**[(/)](/)**







- **Home [(/)](/)**
- **Food Additives [(/ingredient-database.php)](/ingredient-database.php)**
    - **How Our Site Works [(/ingredient-database.php)](/ingredient-database.php)**
    - **A to Z Ingredient List [(/alphabetical-ingredient-listing.php)](/alphabetical-ingredient-listing.php)**
    - **Search by Allergy [(/ingredient-search.php#allergy)](/ingredient-search.php#allergy)**
    - **Search by Grade [(/ingredient-search.php#grade)](/ingredient-search.php#grade)**
    - **Search by Category [(/ingredient-search.php#category)](/ingredient-search.php#category)**
    - **Grading Scale [(/ingredient-grading.php)](/ingredient-grading.php)**
    - **Suggest an Ingredient [(/ingredient-form.php)](/ingredient-form.php)**
    - **Resources [(/resources.php)](/resources.php)**
- **Blog [(/blog/)](/blog/)**
- **Store [(/store.php)](/store.php)**
- **Brain Food [(/education.php)](/education.php)**
    - **How to Choose [(/how-to-choose.php)](/how-to-choose.php)**
    - **Ice Cream Infographic [(/icecream/)](/icecream/)**
    - **Sweetener Flowchart [(/sweet/)](/sweet/)**
    - **When Does Food Expire? [(/when-does-food-expire.php)](/when-does-food-expire.php)**
    - **Now Playing [(/now-playing.php)](/now-playing.php)**
    - **Glossary [(/education.php)](/education.php)**
- **About Us [(/about-us.php)](/about-us.php)**
    - **Our Story [(/about-us.php)](/about-us.php)**
    - **Our Team [(/our-team.php)](/our-team.php)**
    - **Contact Us [(/contact-us.php)](/contact-us.php)**
    - **Support Us [(/support-us.php)](/support-us.php)**
    - **Press [(/press.php)](/press.php)**
    - **Web Mentions [(/web-mentions.php)](/web-mentions.php)**

   **[(http://www.facebook.com/pages/Be-Food-Smart/124671300879628)](http://www.facebook.com/pages/Be-Food-Smart/124671300879628) [(http://twitter.com/BeFoodSmart)](http://twitter.com/BeFoodSmart) [(http://www.linkedin.com/company/be-food-smart)](http://www.linkedin.com/company/be-food-smart) [(http://www.befoodsmart.com/blog/feed/)](http://www.befoodsmart.com/blog/feed/)**

See an unfamiliar ingredient

**[(/ingredient-database.php)](/ingredient-database.php)**

Search the Be Food Smart database

**[(/ingredient-database.php)](/ingredient-database.php)**





Enter food additive or ingredient name

Select and eat smarter food **(/ingredient-database.php)**

 **0 (http://www.befoodsmart.com/blog/whole-foods-pulls-bethenny-frankels-skinnygirl-line-off-shelves/#comments)**

# **Whole Foods Pulls Bethenny Frankel's Skinnygirl Line Off Shelves (http://www.befoodsmart.com/blog/whole-foods-pulls-bethenny-frankels-skinnygirl-line-off-shelves/)**

Tuesday, September 6th, 2011 | **Food News (http://www.befoodsmart.com/blog/category/food-news/)** , **Ingredients (http://www.befoodsmart.com/blog/category/ingredients-2/)** , **Processed Foods (http://www.befoodsmart.com/blog/category/food-news/processed-foods/)** , **Recalls (http://www.befoodsmart.com/blog/category/recalls/)** | **Dina Clapinski (http://befoodsmart.com)**

Like    18 likes. Sign Up to see what your friends like.

**(http://www.befoodsmart.com/blog/wp-content/uploads/2011/09/skinnygirl.jpg)**

Remember *Real Housewives of New York City's*, Bethenny Frankel? Apparently, this reality TV star now has her own line of cocktail drinks called Skinnygirl. AccessHollywood reported last week that Whole Foods was pulling Frankel's Skinnygirl Margaritas from their stores after learning that the cocktail contained a preservative. In a statement to **AccessHollywood (http://www.accesshollywood.com/access-exclusive-bethenny-frankel-not-losing-a-wink-of-sleep-over-skinnygirl-cocktail-controversy_article_52936)** , Whole Foods said:

> *"After discovering that [Skinnygirl Margarita] contains a preservative that does not meet our quality standards, we have had to stop selling it."*

The Skinnygirl website does not include the ingredients in their products, but I was able to find a picture of the ingredient label on **FitSugar (http://www.fitsugar.com/Review-Bethenny-Frankels-Skinnygirl-Margarita-18802169)** :

> *WATER, BLUE AGAVE TEQUILA,* **AGAVE NECTAR (http://www.befoodsmart.com/ingredients/agave-nectar.php)** *,* **CITRIC ACID (http://www.befoodsmart.com/ingredients/citric-acid.php)** *,* **NATURAL FLAVOUR (http://www.befoodsmart.com/ingredients/natural-flavoring.php)** *,* **SUGAR**



**(http://www.befoodsmart.com/ingredients/sugar.php)** , **SODIUM BENZOATE (http://www.befoodsmart.com/ingredients/sodium-benzoate.php)**

At first, it looks okay. 7 ingredients is a pretty low number and it is thankfully free of artificial flavors, colors and sweeteners. But….and that is a big but (no pun intended), like virtually every pre-mixed cocktail, it does contain a preservative. So, what's the big deal? Here are the possible health effects from consuming sodium benzoate:

*"May exacerbate asthma, hyperactive behavior (when consumed in products with certain food colorings), and cause skin rash upon contact. A study in 2007 indicated that it may cause serious cell damage associated with cirrhosis of the liver, ageing, and Parkinson's disease. In animal studies, there are reports of possible weight gain, liver and kidney issues, and birth defects."*

**Be Food Smart Sodium Benzoate Report (http://www.befoodsmart.com/ingredients/sodium-benzoate.php)**



**(http://www.befoodsmart.com/blog/wp-content/uploads/2011/09/bethenny-frankel.jpg)** Sodium benzoate is found in thousands of foods and beverages and is very difficult to avoid. Frankel apparently doesn't think it's a big deal. Maybe she has no idea what sodium benzoate really is. Here is her response to AccessHollywood regarding the Whole Foods news:

*"I'm not making wheatgrass here. If I could put an agave plant and some limes on a shelf I would. [The Skinnygirl Margarita] is as close to nature as possible, while still being a shelf stable product…With all due respect to Whole Foods, we were in a dozen of their stores and have decided not to continue in these stores. They represent an infinitesimal*

Case 1:11-cv-05149-NLH-KMW   Document 70-4   Filed 06/29/12   Page 4 of 4 PageID: 504

> fraction of our business. We are, in fact, the fastest growing spirits brand in the US…We were bound to piss someone off and everyone loves to try to tear down a success. This is a non-event. I haven't lost even a wink of sleep."

I applaud Whole Foods for taking the product off their shelves, but why it was allowed in the first place is a bit concerning. This is a perfect example of how the term "natural" means nothing. Don't be fooled. ALWAYS read the label yourself and make your own determination if it is "natural" or not (hint: most foods with an ingredient label aren't really natural at all). Want a margarita? Learn to make your own. Here is one version:

> High quality tequila, fresh lime juice, simple syrup (boil 2 parts local honey with 1 part water with optional mint leaves for 5 minutes until honey is completely dissolved. Cool completely before using. Store in the fridge for up to 2 weeks). Experiment with ingredients until you get the sweet/sour radio your taste buds prefer. Shake well. Wet glass rim with lime and dip into a bit of sea salt. Pour mix over ice, garnish with lime wedge,  and ahhhhh….

*Image:* **chilebeans via Flickr (http://www.flickr.com/photos/chilebeans/5937032411/)**
*Thumbnail image:* **andrewwtodd via Flickr (http://www.flickr.com/photos/andrew-todd/3547968412/)**

## You may also like -

   

**Soy is in EVERYTHING (http://www.befoodsmart.com/blog/soy-is-in-everything/)**

**Top Articles of 2011 (http://www.befoodsmart.com/blog/top-articles-of-2011/)**

**The Paleo Diet: So Easy a Caveman Could Do It (Part 1 of 3) (http://www.befoodsmart.com/blog/the-paleo-diet-so-easy-a-caveman-could-do-it-part-1-of-3/)**

**The Real Cost of Couponing (http://www.befoodsmart.com/blog/the-real-cost-of-couponing/)**



Tags: **AccessHollywood (http://www.befoodsmart.com/blog/tag/accesshollywood/)** , **agave nectar (http://www.befoodsmart.com/blog/tag/agave-nectar/)** , **Bethenny Frankel (http://www.befoodsmart.com/blog/tag/bethenny-frankel/)** , **Citric Acid (http://www.befoodsmart.com/blog/tag/citric-acid/)** , **cocktails (http://www.befoodsmart.com/blog/tag/cocktails/)** , **drinks (http://www.befoodsmart.com/blog/tag/drinks/)** , **ingredient label (http://www.befoodsmart.com/blog/tag/ingredient-label/)** , **ingredients (http://www.befoodsmart.com/blog/tag/ingredients/)** , **margarita (http://www.befoodsmart.com/blog/tag/margarita/)** , **natural (http://www.befoodsmart.com/blog/tag/natural/)** , **natural labeling (http://www.befoodsmart.com/blog/tag/natural-labeling/)** , **Real Housewives of New York City (http://www.befoodsmart.com/blog/tag/real-housewives-of-new-york-city/)** , **reality tv (http://www.befoodsmart.com/blog/tag/reality-tv/)** , **Skinnygirl (http://www.befoodsmart.com/blog/tag/skinnygirl/)** , **sodium benzoate (http://www.befoodsmart.com/blog/tag/sodium-**