

Main | DVDs | Books | Skinnygirl Cocktails



**Skinnygirl Margarita**
"Everyone loves margaritas, but no one wants the guilt or the calories. That's why I created the Skinnygirl™ Margarita. At only 100 calories for a full 4 oz. serving, all natural flavors, lightly sweetened with agave nectar and made with premium Blue Agave clear Tequila, Skinnygirl™ is the margarita you can trust."

- Bethenny Frankel

The Skinnygirl Margarita was created by Bethenny Frankel, a renowned natural foods chef, author of the New York Times Bestseller, *Naturally Thin*, and the star of Real Housewives of New York City. As a chef and mixologist, Bethenny is an expert in taking high calorie or otherwise unhealthy foods or cocktails, and making healthier versions of them. She began with her favorite cocktail, the margarita. She knew the typical margarita served in restaurants can have over 500 calories in a 4 oz. serving. Therefore she created her own recipe on *The Real Housewives of New York City* Season 1, after which the most asked question on the Bravo website was, "How do I make the Skinnygirl Margarita?"

She then realized there was an opportunity to create a low-calorie, naturally prepared margarita for people like her, who are concerned about calories and ingredients, but still want to enjoy a cocktail responsibly.

To find Skinnygirl retailers in your area, go to SkinnygirlCocktails.com or email icantfindskinnygirl@bethenny.com

For more information on the acquistion of Skinnygirl Margarita by Fortune Brands Inc, click here.

**Buy Online** from any of these retailers!

## As Seen In...

| FOOD | HEALTH & FITNESS | LIFESTYLE | BETHENNY |
|---|---|---|---|
|  **Olive Tapenade Caprese Panini** — A light and delicious take on a vegetable panini. |  **Bethenny Frankel Turning Healthy Habits into Checkups for Kids in Need** — This week Bethenny shares a cleaning tip for your home that |  **Tips for a Memorable and Delicious Labor Day** — The end of summer may be here, but there is always a reason to get |  **Bethenny Featured in the October 2011 Issue of Glamour** — Check out Bethenny's feature on love, life and everything in between. |