UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART and KELLY LAMICELLA, individuals, on behalf of themselves and all others similarly situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BEAM GLOBAL SPIRITS & WINE, INC., et al., <br><br> Defendants. | Civil Action No. <br><br> 11-5149 (NLH/KMW) <br><br> **ORDER** |

**HILLMAN, District Judge**

For the reasons expressed in the Court's Opinion entered on this date,

**IT IS HEREBY ORDERED** this   29th   day of   June  , 2012, that Defendants' motion [Doc. No. 10] for judgment on the pleadings shall be, and hereby is, **DENIED**; and it is further

**ORDERED** that Plaintiffs' motion [Doc. No. 60] seeking leave to file a second amended complaint shall be, and hereby is, **DISMISSED AS MOOT** in light of the stipulation by the parties.

At Camden, New Jersey

      /s/ Noel L. Hillman      
NOEL L. HILLMAN, U.S.D.J.