UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, KELLY LAMICELLA, and NICOLE BELLO, individuals, on behalf of themselves and all others similarly situated, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., et al.,<br><br>        Defendants. | Civil No. 11-5149 (NLH/KMW)<br><br>**ORDER** |

**HILLMAN, District Judge**

    This matter having come before the Court by way of motions [Doc. Nos. 36, 37] of Defendants SGC Global, LLC, Skinny Girl Cocktails, LLC, and Bethenny Frankel seeking to dismiss Plaintiffs' amended class action complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); and

    The Court noting that Plaintiffs filed a second amended class action complaint in this matter on June 29, 2012 pursuant to a stipulation entered by all parties; and

    The Court having been advised by letter dated July 9, 2012 from David Sellinger, Esquire, counsel for Defendants SGC Global, LLC, and Skinny Girl Cocktails, LLC, and local counsel for Defendant Bethenny Frankel, that Defendants seek to withdraw the pending motions [Doc. Nos. 36, 37] in light of the filing of the

second amended class action complaint and that Defendants will respond to the second amended class action complaint in accordance with the June 27, 2012 Stipulation and Order; and for good cause shown.

Accordingly,

IT IS on this ___9th___ day of ___July___, 2012, hereby

**ORDERED** that Defendants' motions [Doc. Nos. 36, 37] to dismiss Plaintiffs' amended class action complaint shall be, and hereby are, **DISMISSED AS MOOT**.


At Camden, New Jersey                       /s/ Noel L. Hillman
                                               NOEL L. HILLMAN, U.S.D.J.