**Greenberg Traurig**

David E. Sellinger
Tel. (973) 360-7925
Fax. (973) 301-8410
sellingerd@gtlaw.com

July 9, 2012

*VIA FACSIMILE AND ELECTRONIC FILING*

The Honorable Noel L. Hillman
United States District Court
  for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse, Room 411
1 John F. Gerry Plaza
Camden, New Jersey 08101

    Re:    *Stewart, et al. v. Beam Global Spirits & Wine, Inc., et al.*
            **11 Civ. 5149 (NLH) (KMW)**

Dear Judge Hillman:

    We represent defendants SGC Global, L.L.C. ("SGC") and Skinny Girl Cocktails, L.L.C. ("Skinny Girl") and are local counsel for defendant Bethenny Frankel ("Frankel") in the above-referenced action. I am writing to advise the Court that, in light of Plaintiffs' filing of their Second Amended Complaint, SGC, Skinny Girl and Frankel withdraw their respective pending motions to dismiss (Docket Nos. 36 and 37) with respect to the first Amended Complaint. SGC, Skinny Girl and Frankel will respond to the Second Amended Complaint in accordance with the Stipulation and Order dated June 27, 2012 (Docket No. 69).

    Thank you very much for your kind courtesies.

                            Respectfully submitted,

                            /s/ David E. Sellinger
                            DAVID E. SELLINGER
                            Counsel for Defendants SGC, Skinny Girl
                            and Frankel

cc:  All counsel of record (via electronic filing)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | 200 Park Avenue, Post Office Box 677 | Florham Park, New Jersey 07932 | Tel. 973.360.7900 | Fax 973.301.8410

www.gtlaw.com