## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual, and KELLY LAMICELLA, an individual, and NICOLE BELLO, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive, | Civil Action No. 11-5149 (NLH)(KMW) |
| Plaintiff, | |
| vs. | |
| BEAM GLOBAL SPIRITS & WINE, INC., a corporation; JIM BEAM BRANDS CO., a corporation; SGC GLOBAL L.L.C., a limited liability company, SKINNY GIRL COCKTAILS, L.L.C., a limited liability company, BETHENNY FRANKEL, and DOES 1 through 100, inclusive, | |
| Defendants. | |

## AMENDED CERTIFICATION OF HOWARD WEITZMAN, ESQ.
## IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

HOWARD WEITZMAN, an attorney duly admitted to practice law in the State of California, of full age, certifies as follows:

1.      I am an attorney in good standing admitted to practice in the State of California, and am a partner in the law firm of Kinsella, Weitzman, Iser, Kump & Aldisert LLP, 808 Wilshire Boulevard, Third Floor, Santa Monica, CA 90401; (310) 566-9800.  I submit this Certification in support of Defendant Bethenny Frankel's ("Ms. Frankel") motion to admit me *pro hac vice* to appear and participate in this action on her behalf.

2.      In this matter, I will be working with Ms. Frankel's New Jersey counsel of record, David Sellinger, Esq., of Greenberg Traurig, LLP, with offices at 200 Park Avenue, Florham Park, New Jersey 07923-0677.

10619.00006/134274.1

3.     I have been admitted to and am a member in good standing of the following state

bar and all courts therein, and am not currently suspended or disbarred by any of them:

| | |
|---|---|
| State Bar of California<br>180 Howard Street<br>San Francisco, CA 94105<br>Phone: (415) 538-2000<br>Email: msc@calbar.ca.gov | Date of Admission:<br>06/21/1966 |

4.     I have been admitted to and am a member in good standing of the United States

District Court for the following districts, and am not currently suspended or disbarred by any of

them:

| | |
|---|---|
| United States District Court<br>Central District of California<br>312 N. Spring Street, #G-8<br>Los Angeles, CA 90012-4793<br>Phone: (213) 894-1565<br>www.cacd.uscourts.gov | Date of Admission:<br>08/01/2007 |
| United States District Court<br>Southern District of California<br>Jacob Weinberger U.S. Courthouse<br>325 W. F Street<br>San Diego, CA 92101-6989<br>Phone: (619) 557-5620<br>http://www.casd.uscourts.gov | Date of Admission:<br>11/09/1967 |
| United States District Court<br>District of Arizona<br>401 West Washington Street<br>SPC 54<br>Phoenix, AZ 85003<br>602/322-7200<br>http://www.ca9.uscourts.gov/ | Date of Admission:<br>06/03/2010 |

5.      I have been admitted to and am a member in good standing of the United States Court of Appeals for the Ninth Circuit, and am not currently suspended or disbarred by this Court:

| United States Court of Appeals for the Ninth Circuit<br>95 Seventh Street<br>San Francisco, CA 94103<br>Phone: (415) 355-8000<br>http://www.ca9.uscourts.gov | Date of Admission:<br>10/04/1967 |
|---|---|

6.      There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7.      Good cause exists for my *pro hac vice* admission in this matter.  I practice in the area of complex commercial litigation, including class action defense, and have been providing counsel to Ms. Frankel on litigation matters.  Ms. Frankel has retained our firm, as well as my services, because of the attorney-client relationship that we have maintained with Ms. Frankel.

8.      Greenberg Traurig's Florham Park, New Jersey office will continue to appear as counsel of record upon whom all notices, orders and pleadings may be served in this action and will remain active in this case.

9.      In connection with my admission *pro hac vice*, I agree to comply with the Rules of this Court and will pay the annual fee to the New Jersey Lawyers' Fund for Client Protection as required by New Jersey Court Rule 1:28-2 within twenty (20) days of entry of this Order.


I declare under penalty of perjury that the foregoing is true and correct.


Dated:  August 10, 2012

Howard Weitzman

3