# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, an individual, and KELLY LAMICELLA, an individual, and NICOLE BELLO, an individual, on behalf of themselves and all others similarly situated, and ROES 1 through 100, inclusive,<br><br>Plaintiff,<br><br>vs.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., a corporation; JIM BEAM BRANDS CO., a corporation; SGC GLOBAL L.L.C., a limited liability company, SKINNY GIRL COCKTAILS, L.L.C., a limited liability company, BETHENNY FRANKEL, and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No. 11-5149 (NLH)(KMW) |

## REQUEST BY LOCAL COUNSEL FOR
## *PRO HAC VICE* ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel, Howard Weitzman of Kinsella Weitzman Iser Kump & Aldisert LLP, to receive electronic notification in the within matter, and it is represented that:

      1.      On August 13, 2012, an order of the Court granting a motion to appear *pro hac vice* in the within matter was entered;

      2.      Admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court concurrently with this Notice;

10619.00006/134533.1

3. Howard Weitzman is a partner in the law firm of Kinsella, Weitzman, Iser, Kump & Aldisert LLP, 808 Wilshire Boulevard, Third Floor, Santa Monica, California 90401; (310) 566-9800, hweitzman@kwikalaw.com.

DATED: August 15, 2012    Respectfully submitted,

GREENBERG TRAURIG LLP


By:    /s/ David Sellinger
David Sellinger

Attorneys for Defendant Bethenny Frankel