UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., et al.,<br><br>             Defendants. | Civil Action No. 11-5149 (NLH)(KMW)<br><br><br>STIPULATION AND ORDER |

WHEREAS the Defendants are working on class-related document review, are prepared to make a substantial production and require additional time to complete their review and production,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1.   Defendants will make a substantial document production by September 21, 2012.

2.   The deadline for defendants to produce all class-related documents is extended from September 28, 2012 to October 12, 2012.

| | |
|---|---|
| GREENBERG TAURIG, LLP<br>200 Park Avenue<br>Florham Park, New Jersey 07932<br>*Attorneys for Defendants*<br>*SGC Global, L.L.C. and Skinny Girl Cocktails, L.L.C.* | SKOLOFF & WOLFE, P.C.<br>293 Eisenhower Parkway<br>Livingston, New Jersey 07039<br>*Attorneys for Plaintiffs* |
| */s/ David E. Sellinger*<br>David E. Sellinger | */s/ Evan A. Showell*<br>Evan A. Showell |
| BALLARD SPAHR LLP<br>210 Lake Drive East, Suite 200<br>Cherry Hill, New Jersey 08002<br>*Attorneys for Defendants*<br>*Beam Global Spirits & Wine, LLC and Jim Beam Brands Co.* | KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP<br>808 Wilshire Blvd.<br>Santa Monica, CA  90401-1894<br>*Attorneys for Defendant*<br>*Bethenny Frankel* |
| */s/ John B. Kearney*<br>John B. Kearney | */s/ Laura D. Castner*<br>Laura D. Castner |

                                      SO ORDERED: _____
                                                    Karen M. Williams, U.S.M.J.

Dated: September ___, 2012