# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN STEWART, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BEAM GLOBAL SPIRITS & WINE, INC., et al., <br><br> Defendants. | Civil Action No. 11-5149 (NLH)(KMW) <br><br> **STIPULATION AND ORDER** |

WHEREAS the Defendants are working on class-related document review, are prepared to make a substantial production and require additional time to complete their review and production,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. Defendants will make a substantial document production by September 21, 2012.

2. The deadline for defendants to produce all class-related documents is extended from September 28, 2012 to October 12, 2012.

| | |
|---|---|
| GREENBERG TRAURIG, LLP <br> 200 Park Avenue <br> Florham Park, New Jersey 07932 <br> *Attorneys for Defendants* <br> *SGC Global, L.L.C. and Skinny Girl* <br> *Cocktails, L.L.C.* <br><br> /s/ David E. Sellinger <br> David E. Sellinger <br><br> BALLARD SPAHR LLP <br> 210 Lake Drive East, Suite 200 <br> Cherry Hill, New Jersey 08002 <br> *Attorneys for Defendants* <br> *Beam Global Spirits & Wine, LLC and* <br> *Jim Beam Brands Co.* <br><br> /s/ John B. Kearney <br> John B. Kearney | SKOLOFF & WOLFE, P.C. <br> 293 Eisenhower Parkway <br> Livingston, New Jersey 07039 <br> *Attorneys for Plaintiffs* <br><br><br><br> /s/ Evan A. Showell <br> Evan A. Showell <br><br> KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP <br> 808 Wilshire Blvd. <br> Santa Monica, CA 90401-1894 <br> *Attorneys for Defendant* <br> *Bethenny Frankel* <br><br> /s/ Laura D. Castner <br> Laura D. Castner |

SO ORDERED: _____
Karen M. Williams, U.S.M.J.

Dated: September 21 2012