

Evan A. Showell

973.232.4023 *tel* ■ 973.232.4024 *fax* ■ eshowell@skoloffwolfe.com

September 28, 2012

<u>VIA ECF</u>
Hon. Karen M. Williams
United States Magistrate Judge
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, N.J. 08101

Re:     <u>Stewart v. Beam Global Wine & Spirits, et al.</u>
        CASE NO.: 1:11-cv-05149 (NLH)   (KMW)

Dear Magistrate Judge Williams:

This letter is to confirm that all parties are in agreement to adjourn today's telephone
conference to a date following Defendants' production of class-related document
discovery on October 12, 2012.  We understand that the Court will calendar a new date
for a status conference call.  Plaintiffs' counsel will initiate that call.

Respectfully submitted,

*/s/ Evan A. Showell*
Evan A. Showell

cc via ECF only:
All counsel of record registered to receive ECF notification