

Evan A. Showell
973.232.4023 *tel* ▪ 973.232.4024 *fax* ▪ eshowell@skoloffwolfe.com

October 12, 2012

<u>VIA ECF</u>

Hon. Karen M. Williams
United States Magistrate Judge
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, N.J. 08101

Re:   <u>Stewart v. Beam Global Wine & Spirits, et al.</u>
      CASE NO.: 1:11-cv-05149 (NLH)   (KMW)

Dear Magistrate Judge Williams:

We represent Plaintiffs in the above-captioned action.  Please accept this letter as a joint submission by Plaintiffs and Defendants Beam Global Spirits & Wine, Inc. and Jim Beam Brands Co. (the "Beam Global Defendants").

I write to advise the Court, that notwithstanding counsel's good faith efforts in a telephonic meet and confer on October 11th, we were unsuccessful in resolving substantial differences with regard to Beam Global Defendants' responses and objections to Plaintiffs' first set of requests for admissions.

Therefore, the parties request the Court's assistance to resolve their differences and we ask that this issue be added to the agenda for our telephonic status conference on Monday, October 15th at 11:00 a.m.

We look forward to the benefit of the Court's guidance on this issue.

Respectfully submitted,

*/s/ Evan A. Showell*
Evan A. Showell

cc via ECF only:
All counsel of record registered to receive ECF notification